IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN R. TOWNZEN,

      Plaintiff,                        No. CIV S-06-1996 DFL DAD P

   vs.

STATE OF CALIFORNIA, et al.,

      Defendants.                FINDINGS AND RECOMMENDATIONS

_____/

       A recent court order served on plaintiff at his address of record was returned by the postal service as undeliverable. It appears that plaintiff is no longer in custody and has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's failure to keep the court apprised of his current address. See Local Rules 83-182(f) and 11-110.

       These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. A document containing objections should be titled "Objections

1

to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 27, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
town1996.33a