IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN R. TOWNZEN,

    Plaintiff,                    No. CIV S-06-1996 DFL DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.           <u>ORDER</u>

/

        Plaintiff is a county jail inmate proceeding pro se with a civil rights action seeking relief under multiple statutes. On November 27, 2006, the undersigned filed findings and recommendations that were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed timely objections.

        The undersigned recommended that this action be dismissed due to plaintiff's failure to keep the court apprised of his current address. Plaintiff denies that he failed to notify the court of a change of address and asserts that he has been incarcerated in the El Dorado County Jail "continually."

        The undersigned carefully reviewed the entire file prior to issuing the November 27, 2006 findings and recommendations. The court's docket reflects that plaintiff's address of

1

1  record is 300 Forni Road, Placerville, California 95667.  The Placerville address was entered as
2  plaintiff's address of record when the case was opened because that address was included on
3  plaintiff's complaint and two additional documents that accompanied the complaint.  On
4  September 18, 2006, and September 22, 2006, plaintiff filed documents with captions that
5  include a South Lake Tahoe address.  However, these two filings were not accompanied by a
6  notice of change of address, and the Clerk made no change to plaintiff's address of record.  A
7  document filed on October 2, 2006 bears plaintiff's original Placerville address and includes
8  plaintiff's statement that his "current address is 300 Forni Road, Placerville, CA 95667, but the
9  other jail address, where I might be moved to, is 1051 Al Tahoe Blvd., South Lake Tahoe, CA.
10 96150."  Additional documents filed by plaintiff on October 3, 2006, and October 11, 2006, bear
11 the original Placerville address.

12          In an order filed November 9, 2006, the undersigned denied plaintiff's deficient
13 application to proceed in forma pauperis, granted plaintiff thirty days to pay the filing fee or file a
14 properly completed application on the form provided with the order, and denied all pending
15 requests and motions.  The Clerk properly served the document on plaintiff at his address of
16 record.  Plaintiff's copy of the order was returned to the court on November 20, 2006, marked
17 "NIC," which is the abbreviation used by jails and prisons to indicate that the addressee is not in
18 custody.  Findings and recommendations were issued due to plaintiff's apparent failure to advise
19 the court of his release and change of address.  Plaintiff's objections bear the South Lake Tahoe
20 address and demonstrate that plaintiff did indeed change his address without notifying the court.
21 It appears, however, that the findings and recommendations served on plaintiff at his address of
22 record were forwarded to him at his new address.

23          Plaintiff is advised that a party can have only one address of record.  The court
24 will not change a party's address on the basis of the party's speculation that his address may
25 change at some unspecified time in the future.  Plaintiff's address of record is the Placerville
26 address he provided at the commencement of this action.  Plaintiff will be required to file a

proper notice of change of address in accordance with the instructions contained in case opening documents sent to plaintiff on September 6, 2006. The Clerk will be directed to serve this order on plaintiff at his current address of record and at the address where plaintiff appears to reside at this time. No orders will be served at multiple addresses in the future.

IT IS ORDERED that:

1. This court's November 27, 2006 findings and recommendations are vacated;

2. If plaintiff is no longer incarcerated at 300 Forni Road, Placerville, CA 95667, he shall file a notice of change of address within fifteen days after this order is signed; this deadline will not be extended;

3. The Clerk of the Court is directed to serve this order on plaintiff at his address of record (300 Forni Road, Placerville, CA 95667) and also at 1051 Al Tahoe Blvd., South Lake Tahoe, CA 96150;

4. The Clerk of the Court is directed to re-serve this court's November 9, 2006 order, together with an in forma pauperis application form, on plaintiff with his copy of this order sent to the South Lake Tahoe address;

5. Plaintiff is granted thirty days to comply with the November 9, 2006 order; this deadline will not be extended; and

6. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed for failure to comply with court orders and applicable rules.

DATED: December 18, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
town1996.vac

3