IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN R. TOWNZEN,

    Plaintiff,                      No. CIV S-06-1996 RRB DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.             <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: August 13, 2007.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD/bb
town1996.59